March 2, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    *Mootry v. Spotify USA Inc.*, No. 1:25-cv-10508 (LJL)

Dear Judge Liman:

    Pursuant to Rule 1(D) of Your Honor's Individual Practices, we write on behalf of both parties to respectfully request an adjournment of the deadline to confer pursuant to Federal Rule of Civil Procedure 26(f) until after the Court has ruled on Defendant's partial motion to dismiss the Complaint (ECF 14-15). The parties' current deadline to confer under Rule 26(f) is March 5, 2026.  The parties also request that the initial pretrial conference scheduled for March 26, 2026 be moved to a date after the Court has ruled on Defendant's partial motion to dismiss.   The parties have not previously sought an extension of the deadline to confer or to adjourn the initial pretrial conference.  Defendant has previously requested one extension of a deadline in this case, which the Court granted (ECF 12).

                    Respectfully submitted,

                    */s/ Michael E. DeLarco*
                    **HOGAN LOVELLS US LLP**
                    Michael E. DeLarco
                    Mitra Anoushiravani
                    390 Madison Avenue
                    New York, NY 10017
                    Telephone: (212) 918-3000
                    Facsimile:  (212) 918-3100
                    michael.delarco@hoganlovells.com
                    mitra.anoushiravani@hoganlovells.com

*Attorneys for Defendant*
*Spotify USA Inc.*

<u>*/s/ Melissa E. Washington*</u>
**WASHINGTON LAW FIRM, PLLC**
Melissa E. Washington
Desireé H. Langley
260 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (646) 823-1655
Fax: (646) 400-0614
mw@washingtonfirmpllc.com
dl@washingtonfirmpllc.com

*Attorneys for Plaintiff*
*Aisha Mootry*

cc:      Counsel of Record (via ECF)

The parties' request is GRANTED. The deadline for the parties to confer is adjourned sine die. The initial pretrial conference scheduled for March 26, 2026 is adjourned sine die. The parties are ordered to submit a joint letter within 5 days of this Court's ruling on the motion to dismiss, if claims remain, with an agreement as to a deadline to confer pursuant to Rule 26(f) and dates for an initial conference.
Date: March 3, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge