July 28, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

       *Mootry v. Spotify USA Inc.*, No. 1:25-cv-10508 (LJL)

Dear Judge Liman:

      On behalf of Aisha Mootry ("Plaintiff") and Spotify USA Inc. ("Spotify"), we write jointly pursuant to the Court's July 14, 2026 Order. ECF No. 26. Following the Court's July 8, 2026 Opinion and Order granting Spotify's partial motion to dismiss and granting Plaintiff leave to amend the complaint, Plaintiff sought a two-week extension, until August 11, 2026, of the deadline to file an amended complaint, and Spotify consented to that request. ECF Nos. 24, 27. The Court granted Plaintiff's request for an extension on July 28, 2026. ECF No. 28. The parties have no further updates at this time and remain subject to the Court's July 14, 2026 Order holding all deadlines in abeyance pending further order of the Court. ECF No. 26.

                        Respectfully submitted,

                        */s/ Michael E. DeLarco*
                        **HOGAN LOVELLS CADWALADER US LLP**
                        Michael E. DeLarco
                        Mitra Anoushiravani
                        390 Madison Avenue
                        New York, NY 10017
                        Telephone: (212) 918-3000
                        Facsimile:  (212) 918-3100
                        michael.delarco@hlc.com
                        mitra.anoushiravani@hlc.com

                        Saydee Schnider (*admitted pro hac vice*)
                        8350 Broad Street, 17th Floor
                        Tysons, VA 22102
                        Telephone: (703) 610-6100
                        Facsimile:  (703) 610-6200
                        saydee.schnider@hlc.com

                        *Attorneys for Defendant*
                        *Spotify USA Inc.*

_/s/ Desireé H. Langley_
**WASHINGTON LAW FIRM, PLLC**
Melissa E. Washington
Desireé H. Langley
260 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (646) 823-1655
Fax: (646) 400-0614
mw@washingtonfirmpllc.com
dl@washingtonfirmpllc.com

_Attorneys for Plaintiff_
_Aisha Mootry_

cc:    Counsel of Record (via ECF)