UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AISHA MOOTRY,

                Plaintiff,

    -v-

SPOTIFY USA INC.,

                Defendant.

C.A. No. 1:25-cv-10508 (LJL)

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Aisha Mootry and Defendant Spotify USA Inc., by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action, including any and all claims that were or could have been asserted therein, is hereby dismissed in its entirety, with prejudice, and without costs or attorneys' fees to either party.

No party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action.

The parties do not request, and this Stipulation does not seek or provide for, the Court to retain jurisdiction over the enforcement of any settlement agreement between the parties.

Dated: New York, New York
      August 10, 2026

Respectfully submitted,

*/s/  Melissa E. Washington*
**WASHINGTON LAW FIRM, PLLC**
Melissa E. Washington
Desireé H. Langley
260 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (646) 823-1655
Fax: (646) 400-0614
mw@washingtonfirmpllc.com
dl@washingtonfirmpllc.com

*Attorneys for Plaintiff*
*Aisha Mootry*

<u>*/s/ Michael E. DeLarco*</u>
**HOGAN LOVELLS CADWALADER US LLP**
Michael E. DeLarco
Mitra Anoushiravani
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile:  (212) 918-3100
michael.delarco@hlc.com
mitra.anoushiravani@hlc.com

Saydee Schnider (*admitted pro hac vice*)
8350 Broad Street, 17th Floor
Tysons, VA 22102
Telephone: (703) 610-6100
Facsimile:  (703) 610-6200
saydee.schnider@hlc.com

*Attorneys for Defendant*
*Spotify USA Inc*.

cc:    Counsel of Record (via ECF)